In the Matter of the Estate of Gertrude E. Estee, Incompetent.
Marian M. Doane, Appellant, v. Gertrude E. Estee and J. E. Brunnemeyer, Guardian Ad Litem for Gertrude E. Estee, Appellees.

Gen. No. 11,497. <span style="background:black">     </span>

Second District, Second Division.

September 19, 1961.

Richard C. Hamper, of Aurora, for appellant; O'Brien, Burnell, Puckett & Barnett, all of Aurora, for appellees. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.